IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| DEBRA T. ROBINSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:11-CV-135 (WLS) |
| | : | |
| MICHAEL J. ASTRUE, *Commissioner of Social Security*, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed February 12, 2013. (Doc. 13). It is recommended that the Social Security Commissioner's final decision be reversed and remanded pursuant to Section Four of § 405(g). (Doc. 13 at 18.) Judge Langstaff further recommended that: (1) the ALJ pose a hypothetical question to the VE that contains all limitations found by the ALJ, and then determine if Plaintiff is still capable of work at Step Five; (2) the ALJ should clearly articulate the particular weight given to Dr. Beaty's opinion of Plaintiff's mental limitations; and (3) after specifying the weight given to Dr. Beaty's opinion, the ALJ should reexamine his RFC and address any differences between his RFC and Dr. Beaty's opinion. No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on March 1, 2013. (*See* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the

1

Social Security Commissioner's final decision is **REVERSED AND REMANDED** pursuant to Section Four of § 405(g). The ALJ shall pose a hypothetical question to the VE that contains all limitations found by the ALJ, and then determine if Plaintiff is still capable of work at Step Five. The ALJ shall also clearly articulate the particular weight given to Dr. Beaty's opinion of Plaintiff's mental limitations, and after specifying the weight given to Dr. Beaty's opinion, the ALJ shall reexamine his RFC and address any differences between his RFC and Dr. Beaty's opinion.

      **SO ORDERED**, this  6th  day of March, 2013.

                                            /s/ W. Louis Sands
                                            **THE HONORABLE W. LOUIS SANDS,**
                                            **UNITED STATES DISTRICT COURT**